# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. Eric Evans　　　　　　　　　　　　　　　　　　　　　Docket No. 3:03CR00083(CFD)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Deborah S. Palmieri, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Eric Evans who was sentenced to 24 months imprisonment for a violation of 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute and Distribution of Cocaine Base by the Honorable Ernest C. Torres sitting in the court at Providence, Rhode Island on August 16, 2000, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1)The defendant shall participate in a program of substance abuse counseling and treatment, to be determined by the U.S. Probation Officer; 2)The defendant shall pay the cost of supervision. The term of supervised release commenced on January 17, 2003 in the District of Connecticut. On March 31, 2003, the jurisdiction in this matter was transferred to the District of Connecticut and assigned to the Honorable Christopher F. Droney.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of Supervised Release:

**Charge No. 1 - Condition Violated**
Mandatory Condition: "You shall refrain from unlawful use of a controlled substance." On November 30, 2004, Mr. Evans tested positive for marijuana and PCP. On this date he also admitted to using marijuana, PCP and powder cocaine in October and throughout November.

**Charge No. 2 - Condition Violated**
Mandatory Condition: "You shall not commit another federal stated or local crime. You shall not illegally possess a controlled substance." The offender was arrested on October 31, 2004 by the Groton Police Department and charged with Possession of Marijuana, Possession of Marijuana with intent to Sell, and possession of Drug Paraphernalia. Mr. Evans was also arrested on November 19, 2004 by the New London Police Department and charged with Possession of Cocaine with Intent to Sell, Possession of Cocaine, Possession of Cocaine with Intent to Sell within 1500 feet of a School, Possession of a Controlled Substance (Ecstasy) and Interfering with a Police Officer. Mr. Evans had been released on surety bonds for the above mentioned arrests. He subsequently failed to appear and Re-Arrest warrants have been issued by the State Court.

**Charge No. 3 - Condition Violated**
Standard Condition: "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month." Mr. Evans failed to report to the Probation Office on December 15, 2004, December 28, 2004, and January 25, 2005.

**Charge No. 4 - Condition Violated**
Standard Condition "You shall notify the probation officer ten days prior to any change in residence or employment." The offender moved from 99 Baker Avenue in Groton to 85 Squire Street in New London without notifying the Probation Office. On January 10, 2005, the Probation Office was advised that the offender no longer resides at 85 Squire Street in New London. At this time his whereabouts are unknown and he is considered an absconder.

**PRAYING THAT THE COURT WILL ORDER** a warrant be issued, and the term of supervised release tolled.
**ORDER OF COURT**

Considered and ordered this _25th_ day of February, 2005, and ordered filed and made a part of the records in the above case.

Sworn to By _/s/ Deborah S. Palmieri_
Deborah S. Palmieri
Senior United States Probation Officer

Place _Hartford, CT_
Date _2/25/05_

_____
The Honorable Christopher F. Droney
United States District Judge

Before me, the Honorable Christopher F. Droney, United States District Judge, on this _25th_ day of February 2005, at Hartford, Senior U.S. Probation Officer Deborah S. Palmieri appeared and petition are true to the best of her knowledge and belief.

Christopher F. Droney
United States District Court