THE PRESIDENT OF THE UNITED STATES OF AMERICA, TO THE WARDEN AT THE CORRIGAN CORRECTIONAL INSTITUTION IN UNCASVILLE, CONNECTICUT, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES, G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of ERIC EVANS, DOB: 09/28/1978, Inmate No. 265747, now detained in your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said ERIC EVANS appear before the Honorable Christopher F. Droney, United States District Judge for the District of Connecticut, United States District Court, 450 Main Street, Hartford, Connecticut, on **TUESDAY, JUNE 21, 2005 at 2:00 P.M.,** or from time to time thereafter as the case may be adjourned to, when the United States of America will prosecute the said ERIC EVANS for violations of supervised release, 18 U.S.C. §§ 3583(e)(3) and 3583(g)(1) and, immediately after prosecution has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return said ERIC EVANS to the Corrigan Correctional Institution under safe and secure conduct.

The foregoing Writ is
hereby allowed. Dated
at Hartford, Connecticut
this 20th day of June, 2005.

KEVIN F. ROWE
CLERK, U. S. DISTRICT COURT

_____
DEPUTY CLERK

HON. CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

I hereby certify that the foregoing
is a true copy of the original document
on file      Date     6/20/05

By _____

UNITED STATES DISTRICT COURT FILED

DISTRICT OF CONNECTICUT

2005 JUN 20  P 12: 11

DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  3:03-CR-00083 (CFD) |
| v. | : | |
| ERIC EVANS | : | |

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Supervisory Assistant United States Attorney Nora R. Dannehy, and respectfully informs this Honorable Court:

1. There is pending before this Court, at 450 Main Street, Hartford, Connecticut, the criminal case of United States of America v. ERIC EVANS, Criminal No. 3:03-CR-00083 (CFD).

2. That defendant ERIC EVANS is charged with violations of supervised release, 18 U.S.C. §§ 3583(e)(3) and 3583(g)(1).

3. That the said ERIC EVANS is now confined at the Corrigan Correctional Institution in Uncasville, Connecticut.

4. That the said defendant should be presented immediately to said District Court of the United States for the District of Connecticut so that said defendant may be prosecuted for said offenses, or from time to time thereafter as the case may be adjourned to.

-2-

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden at the Corrigan Correctional Institution in Uncasville, Connecticut and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said ERIC EVANS at the United States Courthouse, 450 Main Street, Hartford, Connecticut, on **TUESDAY, JUNE 21, 2005 at 2:00 P.M.,** or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

NORA R. DANNEHY, SUPERVISORY
ASSISTANT UNITED STATES ATTORNEY
450 Main Street, Room 328
Hartford, CT 06103
Tel. (860) 947-1101
Federal Bar No. ct01942

STATE OF CONNECTICUT        :

                                      : **ss.** Hartford, Connecticut

                                      :      June 20, 2005

COUNTY OF HARTFORD       :

Personally appeared before me, Nora R. Dannehy, Supervisory Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that she has read the foregoing application, that she is familiar with the contents of same, that same is true of her own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters, he believes it to be true.

*Bernadette Ellis*

Bernadette Ellis
Notary Public
My Commission Expires: March 31, 2009

-4-